SCWC-13-0000385

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CAROLYN MIZUKAMI,
Petitioner/Plaintiff-Appellant,

vs.

DON QUIJOTE (USA) CO. LTD., DTRIC INSURANCE COMPANY, LTD.,
Respondents/Defendants-Appellees.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-13-0000385; CIV. NO. 12-1-3273-12)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/plaintiff-appellant Carolyn Mizukami's

application for writ of certiorari, which was filed on May 13,

2013, is hereby dismissed as moot.

DATED: Honolulu, Hawaiʻi, May 28, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack